UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH SPECIALTY INSURANCE COMPANY,

               Plaintiff,            24-cv-7712 (JGK)

     - against -              ORDER

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 21, 2025.

SO ORDERED.

Dated:    New York, New York
            January 7, 2025

                                                 John G. Koeltl
                                     United States District Judge