```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARCH SPECIALTY INSURANCE COMPANY,

                              Plaintiff,                    24-CV-7712 (KHP)

      -against-                                          **POST-CONFERENCE ORDER**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and THE
CHARTER OAK FIRE INSURANCE
COMPANY.,
                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the Case Management Conference on February 20, 2025, discovery is stayed pending the forthcoming settlement conference. If the parties are unable to settle this matter, the parties shall file a letter with the Court within 14 days of the settlement conference proposing a discovery schedule of no more than 90 days for discovery, and a briefing schedule for any motions for summary judgment. The proposed discovery schedule should include deadlines for amending the pleadings and joining parties.

**SO ORDERED.**

DATED:      New York, New York
              February 20, 2025

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge