USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARCH SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and THE
CHARTER OAK FIRE INSURANCE
COMPANY.,

                Defendants.
-----------------------------------------------------------------X

24-CV-7712 (KHP)

**ORDER REGARDING SETTLEMENT REFERRAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Honorable Robyn F. Tarnofsky will preside over a settlement conference in this matter. The parties are directed to contact Judge Tarnofsky's chambers to schedule a settlement conference, proposing a mutually agreeable date for the conference.

**SO ORDERED.**

DATED:      New York, New York
                February 20, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge