

**LAZARE POTTER GIACOVAS & MOYLE LLP**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

09/15/2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2025

Direct: (212) 784-3292
apremisler@lpgmlaw.com

Via ECF

September 12, 2025

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, N.Y. 10007

    Re:    *Arch Specialty Insurance Company v. Travelers Property Casualty Company of America and The Charter Oak Fire Insurance Company*
U.S. District Court, Southern District of New York
Docket No. 1:24-cv-07712-KHP
LPGM File No. 340-1521

Dear Judge Parker:

    This firm represents the Defendants. <u>**We respectfully request that the Court extend the parties' time to serve their cross-motions for summary judgment from September 29, 2025 to October 20, 2025, with the parties' oppositions served on or before November 19, 2025.**</u> This is the first request for such an extension. Plaintiff has consented to this request as per the enclosed signed stipulation.

    We thank the Court for its consideration.

                                   Respectfully submitted,

                                   *Andrew Premisler*

                                   Andrew M. Premisler

Enclosure

cc:    All Counsel (*via* ECF)