> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:____6/26/2026____

10 South Wacker Drive, Suite 3600, Chicago, IL 60606

Charles A. Hafner
(312) 585-1420
chafner@nicolaidesllp.com

June 24, 2026

**VIA ECF**
The Honorable Katherine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-13112

> The Court thanks the Parties for the update. The Parties are directed to file another joint status update on the settlement agreement and payment by **August 10, 2026**.

**Re:**    ***Arch Specialty Ins. Co. v. Travelers Prop. Cas. Co. of Am.* et al.**
**Case No.** 1:24-cv-07712-KAH

Dear Judge Parker:

Consistent with the Court's May 26, 2026 Order [ECF 64], the parties advise that they recently reached agreement on the terms of a written settlement agreement memorializing their negotiated resolution of this matter. The parties will be proceeding with execution of that agreement in the coming days. Payment will follow within 30 days of complete execution, and dismissal of this action within 10 days of receipt of that payment. Barring any unforeseen delays in this process, the parties thus anticipate that a dismissal stipulation will be filed within the next 60 days.

APPLICATION GRANTED

*Katharine H Parker*
Hon. Katharine H. Parker, U.S.M.J.
6/26/2026

Very truly yours,

*[signature]*

Charles A. Hafner

cc:    **VIA ECF**
Andrew Premisler
Jacob Coleman
LAZARE POTTER GIACOVAS & MOYLE LLP